# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re: KRABBENHOFT, CRAIG        §   Case No. 13-30163
     KRABBENHOFT, KAREN        §
                                    §
Debtor(s)                                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 22, 2013. The undersigned trustee was appointed on March 22, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    10,250.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9.25 |
| Bank service fees | 157.22 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 10,083.53 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/28/2013 and the deadline for filing governmental claims was 09/18/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,775.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,775.00, for a total compensation of $1,775.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $139.78, for total expenses of $139.78.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2014          By: /s/KIP M. KALER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-30163
**Case Name:** KRABBENHOFT, CRAIG
KRABBENHOFT, KAREN
**Period Ending:** 08/14/14

**Trustee:** (540050) KIP M. KALER
**Filed (f) or Converted (c):** 03/22/13 (f)
**§341(a) Meeting Date:** 05/03/13
**Claims Bar Date:** 10/28/13

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  HOMESTEAD 2330 57 AVE S, FARGO, ND 58104, (2012<br>    Orig. Description: Homestead 2330 57 Ave S, Fargo, ND 58104, (2012 Real Property Tax Statement - Value $136,900), (Debtor's have 2/3 interest in property. Debtor's, interest in real property = $91,266.66), Lot 5 Block 2 Legacy I 5th Addition, City of Fargo, County of Cass, State of North Dakota.; Imported from original petition Doc# 1 | 136,900.00 | 0.00 | | 0.00 | FA |
| 2  CASH ON HAND<br>    Orig. Description: Cash on Hand; Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 3  STATE BANK OF HAWLEY CHECKING ACCOUNT NUMBER END<br>    Orig. Description: State Bank of Hawley checking account number ending in 20; Imported from original petition Doc# 1 | 76.00 | 0.00 | | 0.00 | FA |
| 4  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO<br>    Orig. Description: Household goods and furnishings, including audio, video, and computer equipment.; Imported from original petition Doc# 1 | 1,775.00 | 0.00 | | 0.00 | FA |
| 5  (50) MOVIES AND (30) MUSIC<br>    Orig. Description: (50) Movies and (30) Music; Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 6  (7) PICTURES<br>    Orig. Description: (7) Pictures; Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 7  WEARING APPAREL, SHOES AND ACCESSORIES<br>    Orig. Description: Wearing Apparel, Shoes and Accessories; Imported from original petition Doc# 1 | 460.00 | 0.00 | | 0.00 | FA |
| 8  (2) WEDDING RINGS<br>    Orig. Description: (2) Wedding rings; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  (3) BICYCLES | 150.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-30163
**Case Name:** KRABBENHOFT, CRAIG
KRABBENHOFT, KAREN
**Period Ending:** 08/14/14

**Trustee:** (540050) KIP M. KALER
**Filed (f) or Converted (c):** 03/22/13 (f)
**§341(a) Meeting Date:** 05/03/13
**Claims Bar Date:** 10/28/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Description: (3) Bicycles; Imported from original petition Doc# 1 | | | | | |
| 10 | TERM LIFE INSURANCE<br>Orig. Description: Term Life Insurance; Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 11 | FARGO YOUTH COMMISSION EMPLOYEE SIMPLE IRA ACCOU<br>Orig. Description: Fargo Youth Commission Employee Simple IRA account number ending in 3763; Imported from original petition Doc# 1 | 1,483.83 | 0.00 | | 0.00 | FA |
| 12 | 2013 CHEV EQUINOX (NADA $26,660)<br>Orig. Description: 2013 Chev Equinox (NADA $26,660); Imported from original petition Doc# 1 | 25,000.00 | 0.00 | | 0.00 | FA |
| 13 | SNOW BLOWER AND LAWN MOWER.<br>Orig. Description: Snow blower and lawn mower. 4 continuation sheets attached; Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 14 | PREFERENCE TO JP MORGAN CHASE  (u) | 10,250.00 | 10,250.00 | | 10,250.00 | FA |
| 14 Assets  Totals (Excluding unknown values) | **$178,185.83** | **$10,250.00** | | **$10,250.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

We are checking with secured creditor's attorney to see if they have an unsecured claim then will complete the TFR.

**Initial Projected Date Of Final Report (TFR):**   April 30, 2014      **Current Projected Date Of Final Report (TFR):**   August 31, 2014

Printed: 08/14/2014 04:13 PM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-30163 | | Trustee: | KIP M. KALER (540050) |
|---|---|---|---|---|
| Case Name: | KRABBENHOFT, CRAIG | | Bank Name: | Rabobank, N.A. |
| | KRABBENHOFT, KAREN | | Account: | ******6066 - Checking Account |
| Taxpayer ID #: | **-***9326 | | Blanket Bond: | $13,150,000.00  (per case limit) |
| Period Ending: | 08/14/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/20/13 | {14} | Chase Auto Finance | Payment per settlement agreement | 1241-000 | 10,250.00 | | 10,250.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,240.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 10,225.77 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.17 | 10,209.60 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 10,195.90 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.13 | 10,179.77 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.12 | 10,164.65 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.64 | 10,151.01 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.11 | 10,136.90 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.55 | 10,121.35 |
| 05/06/14 | 101 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/06/2014 FOR CASE #13-30163, Bond # 16018056, Trustee Kip M. Kaler<br>Voided on 05/06/14 | 2300-000 | | 9.19 | 10,112.16 |
| 05/06/14 | 101 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/06/2014 FOR CASE #13-30163, Bond # 16018056, Trustee Kip M. Kaler<br>Voided: check issued on 05/06/14 | 2300-000 | | -9.19 | 10,121.35 |
| 05/06/14 | 102 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/06/2014 FOR CASE #13-30163, Bond #16018056, Trustee Kip M. Kaler | 2300-000 | | 9.25 | 10,112.10 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.54 | 10,097.56 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.03 | 10,083.53 |
| | | | ACCOUNT TOTALS | | 10,250.00 | 166.47 | $10,083.53 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,250.00 | 166.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $10,250.00 | $166.47 | |

{} Asset reference(s)                                                                                                                     Printed: 08/14/2014 04:13 PM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-30163
**Case Name:** KRABBENHOFT, CRAIG
KRABBENHOFT, KAREN
**Taxpayer ID #:** **-***9326
**Period Ending:** 08/14/14

**Trustee:** KIP M. KALER (540050)
**Bank Name:** Rabobank, N.A.
**Account:** ******6066 - Checking Account
**Blanket Bond:** $13,150,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** |  |  |  |
| **Checking # ******6066** | 10,250.00 | 166.47 | 10,083.53 |
|  | $10,250.00 | $166.47 | $10,083.53 |

{} Asset reference(s)

Printed: 08/14/2014 04:13 PM    V.13.18

Printed: 08/14/14 04:13 PM          **Claims Distribution Register**                    Page: 1

**Case: 13-30163   KRABBENHOFT, CRAIG**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 03/22/13 | 200 | KIP M. KALER<br>3429 Interstate Blvd<br>Fargo, ND 58103<br><2200-00   Trustee Expenses> | 139.78 | 139.78 | 0.00 | 139.78 | 139.78 |
| | 03/22/13 | 200 | KIP M. KALER<br>3429 Interstate Blvd<br>Fargo, ND 58103<br><2100-00   Trustee Compensation> | 1,775.00 | 1,775.00 | 0.00 | 1,775.00 | 1,775.00 |
| | 03/22/13 | 200 | INTERNATIONAL SURETIES LTD<br>203 CARONDELET STREET<br>SUITE 500<br>NEW ORLEANS, LA 70130<br><2300-00   Bond Payments> | 9.25 | 9.25 | 9.25 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$1,924.03** | **$1,924.03** | **$9.25** | **$1,914.78** | **$1,914.78** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,924.03** | **$1,924.03** | **$9.25** | **$1,914.78** | **$1,914.78** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 10/26/13 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 331311605<br>--------------------------------------------------------------------------------<br>History: Details1-110/26/2013Claim #1 filed by Capital Recovery V, LLC, Amount claimed: $894.28 (Recovery Management Systems, RSingh )<br>--------------------------------------------------------------------------------* * * | 894.28 | 894.28 | 0.00 | 894.28 | 894.28 |
| 2 | 10/26/13 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 331311605<br>--------------------------------------------------------------------------------<br>History: Details2-110/26/2013Claim #2 filed by Capital Recovery V, LLC, Amount claimed: $731.84 (Recovery Management Systems, RSingh )<br>--------------------------------------------------------------------------------* * * | 731.84 | 731.84 | 0.00 | 731.84 | 731.84 |
| | | | **Total for Priority 610:   100% Paid** | **$1,626.12** | **$1,626.12** | **$0.00** | **$1,626.12** | **$1,626.12** |

Printed: 08/14/14 04:13 PM

## Claims Distribution Register

Page: 2

### Case:  13-30163    KRABBENHOFT, CRAIG

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 12/12/13 | 620 | Dorothy Mellem<br>15595 County Road 4<br>McLeod, ND 58057<br><7200-00   Tardy General Unsecured § 726(a)(3)><br>15595 County Road 4<br>McLeod, ND 58057<br>--------------------------------------------------------------------------------<br>History: Details3-112/12/2013Claim #3 filed by Dorothy Mellem, Amount claimed: $2000.00 (vck, Court )<br>--------------------------------------------------------------------------------* * * | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 | 1,015.00 |
| 4 | 12/19/13 | 620 | Essentia Health<br>PO Box 6001<br>Fargo, ND 58108<br><7200-00   Tardy General Unsecured § 726(a)(3)><br>PO Box 6001<br>Fargo, ND 58108<br>--------------------------------------------------------------------------------<br>History: Details4-112/19/2013Claim #4 filed by Essentia Health, Amount claimed: $641.90 (vck, Court )<br>--------------------------------------------------------------------------------* * * | 641.90 | 641.90 | 0.00 | 641.90 | 325.76 |
| 5 | 07/31/14 | 620 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>PO Box Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505<br><7200-00   Tardy General Unsecured § 726(a)(3)><br>National Bankruptcy Department<br>PO Box Box 29505 AZ1-1191<br>Phoenix, AZ 850389505<br>--------------------------------------------------------------------------------<br>History: Details5-107/31/2014Claim #5 filed by JPMorgan Chase Bank, N.A., Amount claimed: $10250.00 (vck, Court )<br>--------------------------------------------------------------------------------* * * | 10,250.00 | 10,250.00 | 0.00 | 10,250.00 | 5,201.87 |
| | | | **Total for Priority 620:    50.74993% Paid** | $12,891.90 | $12,891.90 | $0.00 | $12,891.90 | $6,542.63 |
| | | | **Total for Unsecured Claims:** | $14,518.02 | $14,518.02 | $0.00 | $14,518.02 | $8,168.75 |
| | | | **Total for Case :** | $16,442.05 | $16,442.05 | $9.25 | $16,432.80 | $10,083.53 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.: 13-30163
Case Name: KRABBENHOFT, CRAIG
Trustee Name: KIP M. KALER

**Balance on hand:**                    $           10,083.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $           0.00
Remaining balance:                        $      10,083.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KIP M. KALER | 1,775.00 | 0.00 | 1,775.00 |
| Trustee, Expenses - KIP M. KALER | 139.78 | 0.00 | 139.78 |

Total to be paid for chapter 7 administration expenses:    $       1,914.78
Remaining balance:                                          $       8,168.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $           0.00
Remaining balance:                                              $       8,168.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $           0.00
Remaining balance:                       $       8,168.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 1,626.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Capital Recovery V, LLC | 894.28 | 0.00 | 894.28 |
| 2 | Capital Recovery V, LLC | 731.84 | 0.00 | 731.84 |

Total to be paid for timely general unsecured claims: $ 1,626.12
Remaining balance: $ 6,542.63

Tardily filed claims of general (unsecured) creditors totaling $ 12,891.90 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 50.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Dorothy Mellem | 2,000.00 | 0.00 | 1,015.00 |
| 4 | Essentia Health | 641.90 | 0.00 | 325.76 |
| 5 | JPMorgan Chase Bank, N.A. | 10,250.00 | 0.00 | 5,201.87 |

Total to be paid for tardy general unsecured claims: $ 6,542.63
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**